UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 1 0 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR526 MTS/SRW |
| NICHOLAS MCCARTHY, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about May 7, 2020, in Jefferson County within the Eastern District of Missouri,

**NICHOLAS MCCARTHY**

the Defendant herein, did by means of interstate commerce, knowingly transfer obscene matter to another individual who had not attained the age of sixteen years, knowing that the other individual had not attained the age of sixteen years, to wit: the Defendant exposed his penis and masturbated via video over the internet to N.M., who the Defendant knew to be under the age of sixteen, in violation of Title 18, United States Code, Section 1470.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B JENSEN
United States Attorney

_____
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney
jillian.anderson@usdoj.gov